**Order entered October 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00914-CV

**RICHARD RALEY, ET AL., Appellants**

**V.**

**DANIEL K. HAGOOD, P.C., ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-00390-B**

## ORDER

The reporter's record is past due. By letter dated October 5, 2018 counsel for appellants verified that appellants have paid the fee for the reporter's record. Accordingly, on the Court's own motion, we **ORDER** Robin Washington, Official Court Reporter for County Court at Law No. 2, to file the reporter's record by **November 5, 2018**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Washington and all parties.

/s/    ADA BROWN
        JUSTICE